# United States Court of Appeals
## For the First Circuit

# BILL OF COSTS FORM

Please see 1st Cir. R. 39.0 for instructions before completing this form. A request for costs must be filed within 14 days of judgment. Fed. R. App. P. 39(d)(1). Any opposition must be filed within 14 days after service of the request. Fed. R. App. P. 39(d)(2). A schedule of Maximum Rates for Taxation of Costs is posted on the court's website at www.ca1.uscourts.gov and is available by request to the clerk's office. See 1st Cir. R. 39.0. A copy of a vendor's bill showing actual costs incurred must be attached, if applicable. If the briefs were produced in-house, a statement from counsel must be attached specifying the actual cost for reproduction, binding and covers. Costs are taxed at the maximum rates set by the clerk or at the actual cost, whichever is lower. 1st Cir. R. 39.0(a). The maximum number of copies for which costs may be recovered is set forth in 1st Cir. R. 39.0(b).

Case No.: 22-1258

Title: Allstate Insurance Company v. James Fougere, et al.

Filed on behalf of: Allstate Insurance Company

The Clerk is requested to tax the following costs against: James Fougere, Sarah Brody-Isbill, A Better Insurance Agency, Inc. (Appellants)

IF SEEKING COSTS FOR OR AGAINST THE UNITED STATES, pursuant to Fed. R. App. P. 39(b), please specify statutory or other authority: N/A

| COSTS TAXABLE UNDER FED. R. APP. P. 39 and 1st CIR. R. 39.0 | AMOUNT REQUESTED | | | | | | For internal use only |
|---|---|---|---|---|---|---|---|
| | NO. OF COPIES | PAGES PER COPY | COST PER PAGE | COST PER BINDING | COST PER COVER | TOTAL COST | |
| DOCKETING FEE $500.00* | | | | | | 500.00 | |
| BRIEF | 11 | 64 | 0.00 | 0.00 | 0.00 | 0.00 | |
| REPLY BRIEF | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | |
| APPENDIX | 7 | 5 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TOTAL AMOUNT REQUESTED: | | | | | | **$500.00** | |

I, J. Scott Humphrey, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action. A certificate of service is attached pursuant to Fed. R. App. P. 25(d).

Signed: *J. Scott Humphrey*     Dated: September 12, 2023

---

*If the notice of appeal or petition was filed before December 1, 2013, the docketing fee is $450. If it was filed on or after that date, the docketing fee is $500.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this September 12, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

                                              */s/ J. Scott Humphrey*
                                               J. Scott Humphrey

*Attorney for Appellee-Plaintiff Allstate Insurance Company*